IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHANELL MARIENO, ZI. B., ZO. B.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-4997 |
| | : | |
| **TY M. QUATTLEBAUM,** | : | |
| **AMAZON.COM SERVICES, LLC,** | : | |
| **AMAZON SERVICES LLC, JOHN DOE** | : | |
| **1, JOHN DOE 2** | : | |

# ORDER

AND NOW, this 16th day of December 2022, upon considering the parties' Stipulation (ECF Doc. No. 5) responsive to our December 15, 2022 Order (ECF Doc. No. 4) confirming our need to remand due to a lack of subject matter jurisdiction upon removal, it is **ORDERED** the Clerk of Court shall forthwith **remand** this matter to the Court of Common Pleas of Philadelphia County and **close** this matter in our Court.

_____
**KEARNEY, J.**